FILED 6 APR '21 15:40 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND  DIVISION
*(Select the Division in which the complaint is filed.)*

Michelle Hume

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Guardian Management LLC
Uptown Tower Apartments
Lisa Simonson

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:21-cv-00517-SI
*(to be filled in by the Clerk's Office)*

Jury Trial: ■ Yes ☐ No
*(check one)*

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Michelle Hume
  Street Address: 712 SW Saint Clair Avenue Apt 710
  City and County: Portland, Multnomah
  State and Zip Code: Oregon 97205
  Telephone Number: 1-971-227-4197
  E-mail Address: humem66@gmail.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1

  Name: Guardian Management LLC
  Job or Title (if known): Corporation
  Street Address: 760 SW 9th Avenue Suite 2200
  City and County: Portand, Multnomah
  State and Zip Code: Oregon 97205
  Telephone Number: 503-802-3600
  E-mail Address (if known): Hello@gres.com

  Defendant No. 2

  Name: Uptown Tower Apartments
  Job or Title (if known): apartment Building
  Street Address: 712 SW Saint Clair Avenue
  City and County: Portland, Multnomah

2

State and Zip Code  Oregon 97205
Telephone Number    503-248-9645
E-mail Address      gres.com
(if known)

Defendant No. 3

Name                Lisa Simonson
Job or Title        Office Manager
(if known)
Street Address      712 SW Saint Clair Avenue
City and County     Portland, Multnomah
State and Zip Code  Oregon 97205
Telephone Number    503-248-9645
E-mail Address      gres.com
(if known)

Defendant No. 4

Name                Unknown or Unidentified
Job or Title        Defendant (s)
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Housing Complaint/ reasonable accommodation Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Act @ 846 of 804(f)(2) and 804f3b 42 U.S.C. @ 3684-3616a

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* Michelle Hume, is a citizen of the State of *(name)* Oregon.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* LISA SIMONSON, is a citizen of the State of *(name)* Oregon. Or is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, (name) __Guardian Mgt./ Uptown Tower__, is incorporated under the laws of the State of (name) __Oregon__, and has its principal place of business in the State of (name) __Oregon__. Or is incorporated under the laws of (foreign nation) __all Defendants__, and has its principal place of business in (name) __Oregon__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

__Is less than $75,000.00__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff prose Michelle Hume has known disabilities that substantially limit one or more major activities but not limited to walking. Complainant has resided at Uptown Tower apartments since 2014. On Multiple occasions Plaintiff has requested accommodations being given a 4H MH designated accessible disability parking space. Plaintiff most recent request was by certified Mail on 02/23/2021 accompanied by Medical Certification. Defendant Lisa Simonson's acting for all defendants has refuse to grant plaintiff's request for disabled parking accommodation. Plaintiff believes defendants are refusing to provide her with reasonable accommodations necessary to afford her equal opportunity to use and enjoy a dwelling. Uptown Tower has no policy of assigning parking for disabled parking spots. Please see attachment

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Liberal Construement of these prose Pleadings. Appointment of legal Counsel prudent to 424 USC @ 3613 (b) Judgment in favor of Michelle Hume. For Ms Hume's reasonable, cost, expenses and attorney fees in this matter pursuant to 424 USC @ 3613 (a)(2) and for such other relief as the court deems just and equitable. Plaintiff has been Certified with Severs dyslexia. Award a disabled parking spot to Ms Hume in either of the two parking garages at Burnside and St Clair Ave at the subject apartment build under reasonable accommodations of the Fair Housing Act.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/1/, 2021.

Signature of Plaintiff: *Michelle Hume*
Printed Name of Plaintiff: Michelle Hume