# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MICHELLE HUME**, | Case No. 3:21-cv-517-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **GUARDIAN MANAGEMENT, LLC; UPTOWN TOWER APARTMENTS, LLC; and LISA SIMONSON**, | |
| Defendants. | |

**Michael H. Simon, District Judge.**

This action was tried before a jury on March 5-6, 2024, U.S. District Judge Michael H. Simon presiding. The Jury rendered a verdict. ECF 131. Based on Plaintiff's voluntary dismissal with prejudice of Defendant Lisa Simonson (ECF 119 at 2), the Court's substitution of Uptown Tower Apartments, LCC for Uptown Tower Apartments (*id.*), and the verdict of the Jury,

**IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff Michelle Hume against Defendants Guardian Management, LLC and Uptown Tower Apartments, LLC in the amount of one dollar ($1.00) and in favor of Defendant Lisa Simonson against Plaintiff Michelle Hume.

**IT IS SO ORDERED**.

DATED this 7th day of March, 2024.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT